```
KENNETH R. VAN VLECK (SBN 168313)
JAMES L. JACOBS, (SBN 158277)
GCA LAW PARTNERS LLP
1891 Landings Drive
Mountain View, CA 94043
Telephone: (650) 428-3900
Facsimile:  (650) 428-3901
E-mail:     kvanvleck@gcalaw.com
            jjacobs@gcalaw.com
```

Attorneys for Plaintiffs,
CONCORDE EQUITY II, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CONCORDE EQUITY II, LLC, a Delaware limited liability company;<br><br>Plaintiff,<br><br>vs.<br><br>KENNETH ALFRED MILLER, an individual; , GEORGE CRESSON, an individual; LOANVEST XIII, L.P., a California Limited Partnership; SENTINEL INVESTMENT MANAGEMENT COMPANY, a California Corporation; SOUTH BAY REAL ESTATE COMMERCE GROUP, LLC, a California Limited Liability Company; PETER SCOTT CARTER, Jr., an individual; and OLD REPUBLIC TITLE COMPANY, a Vermont corporation,<br><br>Defendants. | No. CV 10 1041 SC<br><br>STIPULATED [PROPOSED] ORDER ALLOWING PLAINTIFF CONCORDE EQUITY II TO FILE A SECOND AMENDED COMPLAINT<br><br>Complaint filed: February 16, 2010<br><br>Dept.: 1<br><br>Judge: Hon. Samuel Conti |

1  WHEREAS, Defendants GEORGE CRESSON; LOANVEST XII, L.P.; SOUTH BAY REAL ESTATE COMMERCE GROUP, LLC; PETER SCOTT CARTER, JR.; have moved for an order pursuant to Federal Rule of Civil Procedure 12(b)(6) dismissing Plaintiff CONCORDE EQUITY II, LLC's First Amended Complaint, and further, WHEREAS KENNETH ALFRED MILLER; and SENTINEL INVESTMENT MANAGEMENT COMPANY (the "Moving Defendants") have likewise have moved for an order pursuant to Federal Rule of Civil Procedure 12(b)(6) dismissing Plaintiff CONCORDE EQUITY II, LLC's First Amended Complaint, ("Motions to Dismiss");

WHEREAS, the Motions to Dismiss are currently set for hearing on May 28, 2010;

WHEREAS, Plaintiff has reviewed the Motions to Dismiss and, without conceding the validity of those arguments, believes it can address any alleged deficiencies in its complaint by filing a Second Amended Complaint; and

WHEREAS, Plaintiff and the Moving Defendants have agreed that it is in the interest of judicial economy for this Court not to have to rule on the Motion to Dismiss if indeed Plaintiff is able to address the alleged deficiencies set forth in the Motions to Dismiss by filing a Second Amended Complaint;

Plaintiff, Moving Defendants and non-moving defendant OLD REPUBLIC TITLE COMPANY (the "Stipulating Parties") hereby stipulate as follows:

That Plaintiff shall file a Second Amended Complaint **within 10 days** of the electronic filing of this fully executed Stipulated Order by the Court.

That All Defendants shall have 30 days from the date Plaintiff electronically files its Second Amended Complaint to file responsive pleadings thereto.

//
//
//
//
//

| | |
|---|---|
| 1 | That the Motions to Dismiss currently set for May 28, 2010 shall be taken off |
| 2 | calendar. |

SO STIPULATED BY AND THROUGH COUNSEL OF RECORD:

Dated: April 30, 2010                                    GCA LAW PARTNERS LLP

By: _____
KENNETH R. VAN VLECK
JAMES L. JACOBS
Attorneys for Plaintiff
CONCORDE EQUITY II, LLC

Dated: _____, 2010                                       HANSON BRIDGETT LLP

By: _____
BATYA F. SWENSON
JIM HOLDEN
Attorneys for Defendant
OLD REPUBLIC TITLE COMPANY

Dated: _____, 2010                                       ROPERS MAJESKI,
                                                         KOHN & BENTLEY

By: _____
JOHN G. DOOLING
TIMOTHY A. DOLAN
Attorneys for Defendants
KENNETH ALFRED MILLER and
SENTINEL INVESTMENT
MANAGEMENT COMPANY

STIPULATED ORDER RE: FILING FURTHER       -3-
AMENDED COMPLAINT

|   |   |   |   |
|---|---|---|---|
| 1 | That the Motions to Dismiss currently set for May 28, 2010 shall be taken off |||
| 2 | calendar. |||
| 3 | SO STIPULATED BY AND THROUGH COUNSEL OF RECORD: |||
| 4 | Dated: April 30, 2010 | | GCA LAW PARTNERS LLP |
| 5 | | | |
| 6 | | | |
| 7 | | By: | *[signature]* |
|   | | | KENNETH R. VAN VLECK |
| 8 | | | JAMES L. JACOBS |
|   | | | Attorneys for Plaintiff |
| 9 | | | CONCORDE EQUITY II, LLC |
| 10 | | | |
| 11 | Dated: _____, 2010 | | HANSON BRIDGETT LLP |
| 12 | | | |
| 13 | | | |
| 14 | | By: | _____ |
|   | | | BATYA F. SWENSON |
| 15 | | | JIM HOLDEN |
|   | | | Attorneys for Defendant |
| 16 | | | OLD REPUBLIC TITLE COMPANY |
| 17 | | | |
| 18 | Dated: 4/30, 2010 | | ROPERS MAJESKI, KOHN & BENTLEY |
| 19 | | | |
| 20 | | | |
| 21 | | By: | *[signature]* |
|   | | | JOHN G. DOOLING |
| 22 | | | TIMOTHY A. DOLAN |
|   | | | Attorneys for Defendants |
| 23 | | | KENNETH ALFRED MILLER and |
| 24 | | | SENTINEL INVESTMENT MANAGEMENT COMPANY |

STIPULATED ORDER RE: FILING FURTHER AMENDED COMPLAINT         -3-

Dated: May 3, 2010

AKIN GUMP STRAUSS
HAUER & FELD LLP

By: /s/ Steven S. Kaufhold
STEVEN S. KAUFHOLD
TERESA W. WANG
Attorneys for Defendants
GEORGE CRESSON;
LOANVEST XII, L.P.; SOUTH BAY
REAL ESTATE COMMERCE
GROUP, LLC; and
PETER SCOTT CARTER, JR.

PURSUANT TO STIPULATION: IT IS SO ORDERED.

DATED: May 5, 2010        By: _____
United States District Judge

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Samuel Conti]*

STIPULATED ORDER RE: FILING FURTHER     -4-
AMENDED COMPLAINT