United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONCORDE EQUITY II, LLC, a Delaware limited liability company;<br><br>    Plaintiff,<br><br>    vs.<br><br>KENNETH ALFRED MILLER, an individual; GEORGE CRESSON, an individual; LOANVEST XIII, L.P., a California Limited Partnership; SENTINEL INVESTMENT MANAGEMENT COMPANY, a California Corporation; SOUTH BAY REAL ESTATE COMMERCE GROUP, LLC, a California Limited Liability Company; PETER SCOTT CARTER, Jr., an individual; and OLD REPUBLIC TITLE COMPANY, a Vermont corporation,<br><br>    Defendants. | Case No. 10-1041 SC<br><br>ORDER RE: HEARING DATE FOR <u>MOTIONS TO DISMISS</u> |

Now pending before the Court is a Motion to Dismiss filed by Defendants Kenneth Alfred Miller and Sentinel Investment Management Company (collectively, "Miller Defendants"). Docket No. 36. This Motion is fully briefed. <u>See</u> Docket Nos. 41, 46. Defendants Loanvest XIII, L.P., South Bay Real Estate Commerce Group, LLC, Peter Scott Carter, Jr., and George Cresson (collectively, "Loanvest Defendants") have also filed a Motion to Dismiss which is scheduled to be heard on August 23, 2010. Docket No. 40. Both motions contain similar arguments. Judicial economy is best served by hearing both motions on the same day. The Court previously

1 | vacated the July 9, 2010 hearing date for the Miller Defendants'
2 | Motion to Dismiss.  The Court HEREBY sets August 23, 2010 as the
3 | hearing date for both motions.

5 |     IT IS SO ORDERED.

7 |     Dated:   July 8, 2010        
8 |                                  UNITED STATES DISTRICT JUDGE