HANSON BRIDGETT LLP
BATYA F. SWENSON - 192396
bswenson@hansonbridgett.com
JIM HOLDEN - 42872
jholden@hansonbridgett.com
425 Market Street, 26th Floor
San Francisco, CA 94105
Telephone: (415) 777-3200
Facsimile: (415) 541-9366

Attorneys for Defendant
OLD REPUBLIC TITLE COMPANY

## UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| CONCORDE EQUITY II, LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>KENNETH ALFRED MILLER, an individual; GEORGE CRESSON, an individual; LOANVEST XIII, L.P., a California Limited Partnership; SENTINEL INVESTMENT MANAGEMENT COMPANY, a California Corporation; SOUTH BAY REAL ESTATE COMMERCE GROUP, LLC, a California Limited Liability Company; PETER SCOTT CARTER, Jr., an individual; and OLD REPUBLIC TITLE COMPANY, a Vermont corporation,<br><br>Defendants.<br><br>AND RELATED CROSS-CLAIMS. | No. CV 10 1041 SC<br><br>**STIPULATION AND ~~PROPOSED~~ ORDER REGARDING DISCOVERY DEADLINES**<br><br>Judge: Honorable Samuel Conti<br>Action Filed: February 16, 2010<br><br>Pretrial Conference: June 10, 2011<br>Trial Date: June 20, 2011 |

////

////

1    WHEREAS, Defendants GEORGE CRESSON; LOANVEST XIII, L.P.; SOUTH

2   BAY REAL ESTATE COMMERCE GROUP, LLC; and PETER SCOTT CARTER, JR.

3   recently retained new counsel Kevin R. Brodehl of Wendel, Rosen, Black & Dean LLP;

4    WHEREAS, the parties in this matter continue to negotiate the written terms of a

5   contemplated settlement reached at mediation in February 2011; and,

6    WHEREAS, the parties in good faith have encountered various challenges among

7   witnesses, documents, and counsel in coordinating their respective schedules.  For

8   example, Plaintiff's Person Most Qualified Robert Fitzgerald lives out of state and has

9   informed defense counsel that he will not be available to travel to California for his

10   deposition (including the associated production of documents) until the first week of May

11   2011.  Defendant Miller and/or his counsel have not been available for deposition until

12   April 28, 2011.  The Loanvest Defendants have made a large supplemental production

13   of documents during the week of April 18, with some additional documents remaining to

14   be produced this week.  Plaintiff contends that key documents related to the formation,

15   ownership and control of various entities at issue in the case have not been produced.

16   The depositions of Defendants Carter and Cresson have only been partially completed

17   to allow for the completion of document production before the depositions are resumed.

18   And Plaintiff has also noticed PMQ depositions for Loanvest and South Bay;

19    IT IS HEREBY STIPULATED, by and between the parties hereto through their

20   counsel of record, that the non-expert discovery deadline of April 20, 2010 be continued

21   to May 18, 2011, for the limited purpose of  accommodating the completion of the items

22   noted above, as well as the deposition of witness John Sullivan, which had been

23   scheduled for April 20, 2010;

24    IT IS FURTHER STIPULATED, by and between the parties hereto through their

25   counsel of record, that the expert discovery deadline be continued to May 27, 2011 (in

26   order to accommodate the exchange of expert reports and expert witness deposition

27   scheduling); that the exchange of experts reports be continued to May 3, 2011; and that

28   the exchange of rebuttal expert reports be continued to May 27, 2011.

- 2 -

1    Accordingly, the parties respectfully and jointly request the Court's approval

2    pursuant to paragraph (2) of the Court's *Status Conference Order Setting Times For*

3    *Compliance With Certain Rules Of Court*, dated March 18, 2011.

4    **IT IS SO STIPULATED:**

5    Dated:  April 20, 2011              GCA LAW PARTNERS LLP

6

7                                        By: _____
                                         KENNETH R. VAN VLECK

8                                        JAMES L. JACOBS
                                         Attorneys for Plaintiff

9                                        CONCORDE EQUITY II, LLC

10   Dated:  April 20, 2011             HANSON BRIDGETT LLP

11

12                                       By: _____
                                         BATYA F. SWENSON

13                                       JIM HOLDEN
                                         Attorneys for Defendant

14                                       OLD REPUBLIC TITLE COMPANY

15   Dated:  April __, 2011             ROPERS MAJESKI, KOHN & BENTLEY

16

17                                       By: _____
                                         JOHN G. DOOLING

18                                       TIMOTHY A. DOLAN
                                         Attorneys for Defendants

19                                       KENNETH ALFRED MILLER and
                                         SENTINEL INVESTMENT

20                                       MANAGEMENT COMPANY

21   Dated:  April __, 2011             WENDEL, ROSEN, BLACK & DEAN LLP

22

23                                       By: _____
                                         KEVIN R. BRODEHL

24                                       Attorneys for Defendants
                                         GEORGE CRESSON; LOANVEST XIII,

25                                       L.P.; SOUTH BAY REAL ESTATE
                                         COMMERCE GROUP, LLC; and PETER

26                                       SCOTT CARTER, JR.

27

28

UNITED STATES DISTRICT COURT
IT IS SO ORDERED
Judge Samuel Conti
NORTHERN DISTRICT OF CALIFORNIA

4/21/11

- 3 -

STIPULATION AND PROPOSED ORDER REGARDING DISCOVERY DEADLINES          2963260.2
(CV-10-1041-SC)

1   Accordingly, the parties respectfully and jointly request the Court's approval

2   pursuant to paragraph (2) of the Court's *Status Conference Order Setting Times For*

3   *Compliance With Certain Rules Of Court*, dated March 18, 2011.

4   **IT IS SO STIPULATED:**

5   Dated:   April __, 2011                    GCA LAW PARTNERS LLP

6

7                                   By: _____
                                        KENNETH R. VAN VLECK

8                                        JAMES L. JACOBS
                                        Attorneys for Plaintiff

9                                        CONCORDE EQUITY II, LLC

10  Dated:   April __, 2011                    HANSON BRIDGETT LLP

11

12                                  By: _____
                                        BATYA F. SWENSON

13                                       JIM HOLDEN
                                        Attorneys for Defendant

14                                       OLD REPUBLIC TITLE COMPANY

15  Dated:   April 20, 2011                    ROPERS MAJESKI, KOHN & BENTLEY

16

17                                  By: _____
                                        JOHN G. DOOLING

18                                       TIMOTHY A. DOLAN
                                        Attorneys for Defendants

19                                       KENNETH ALFRED MILLER and
                                        SENTINEL INVESTMENT

20                                       MANAGEMENT COMPANY

21  Dated:   April __, 2011                    WENDEL, ROSEN, BLACK & DEAN LLP

22

23                                  By: _____
                                        KEVIN R. BRODEHL
                                        Attorneys for Defendants

24                                       GEORGE CRESSON; LOANVEST XIII,
                                        L.P.; SOUTH BAY REAL ESTATE

25                                       COMMERCE GROUP, LLC; and PETER
                                        SCOTT CARTER, JR.

26

27  ////

28

- 3 -

STIPULATION AND PROPOSED ORDER REGARDING DISCOVERY DEADLINES          2963260.2
(CV-10-1041-SC)

1    Accordingly, the parties respectfully and jointly request the Court's approval

2   pursuant to paragraph (2) of the Court's *Status Conference Order Setting Times For*

3   *Compliance With Certain Rules Of Court*, dated March 18, 2011.

4   **IT IS SO STIPULATED:**

5   Dated:   April __, 2011                              GCA LAW PARTNERS LLP

6
                                          By: _____
7                                              KENNETH R. VAN VLECK
8                                              JAMES L. JACOBS
                                               Attorneys for Plaintiff
9                                              CONCORDE EQUITY II, LLC

10  Dated:   April __, 2011                              HANSON BRIDGETT LLP

11
                                          By: _____
12                                             BATYA F. SWENSON
13                                             JIM HOLDEN
                                               Attorneys for Defendant
14                                             OLD REPUBLIC TITLE COMPANY

15  Dated:   April __, 2011                              ROPERS MAJESKI, KOHN & BENTLEY

16
                                          By: _____
17                                             JOHN G. DOOLING
18                                             TIMOTHY A. DOLAN
                                               Attorneys for Defendants
19                                             KENNETH ALFRED MILLER and
                                               SENTINEL INVESTMENT
20                                             MANAGEMENT COMPANY

21  Dated:   April 20, 2011                              WENDEL, ROSEN, BLACK & DEAN LLP

22
                                          By: _____
23                                             KEVIN R. BRODEHL
24                                             Attorneys for Defendants
                                               GEORGE CRESSON; LOANVEST XIII,
25                                             L.P.; SOUTH BAY REAL ESTATE
                                               COMMERCE GROUP, LLC; and PETER
26                                             SCOTT CARTER, JR.

27  ////

28
                                          - 3 -

1   **IT IS SO ORDERED:**

2

3   DATED: _____, 2010

4                                        _____
                                         HONORABLE SAMUEL CONTI
5                                        United States District Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND PROPOSED ORDER REGARDING DISCOVERY DEADLINES                   2963260.2
(CV-10-1041-SC)