1  KENNETH R. VAN VLECK -168313
   kvanvleck@gcalaw.com
2  JAMES L. JACOBS - 158277
   jjacobs@gcalaw.com
3  GCA LAW PARTNERS LLP
   1891 Landings Drive
4  Mountain View, CA  94043
   Telephone:  (650) 428-3900
5  Facsimile:   (650) 428-3901

6
   Attorneys for Plaintiffs,
7  CONCORDE EQUITY II, LLC

8

9

10              UNITED STATES DISTRICT COURT

11              NORTHERN DISTRICT OF CALIFORNIA

12              SAN FRANCISCO DIVISION

13

| 14 CONCORDE EQUITY II, LLC, a Delaware limited liability company; | No. CV 10 1041 SC |
|---|---|
| 15 | **STIPULATION TO VACATE TRIAL DATE, MANDATORY SETTLEMENT CONFERENCE DATE, AND CONTINUE HEARING ON MOTION FOR SUMMARY JUDGMENT** |
| 16 Plaintiff, | |
| 17 vs. | |
| 18 KENNETH ALFRED MILLER, an individual; , GEORGE CRESSON, an individual; LOANVEST XIII, L.P., a California Limited Partnership; SENTINEL INVESTMENT MANAGEMENT COMPANY, a California Corporation; SOUTH BAY REAL ESTATE COMMERCE GROUP, LLC, a California Limited Liability Company; PETER SCOTT CARTER, Jr., an individual; and OLD REPUBLIC TITLE COMPANY, a Vermont corporation, | |
| 19 | Complaint filed:  February 16, 2010 |
| 20 | |
| 21 | The Honorable Samuel Conti Courtroom 1 |
| 22 | |
| 23 | |
| 24 Defendants. | |

25

26

27

28

STIPULATION TO CONTINUE SUMMARY         -1-
JUDGMENT AND VACATE TRIAL DATE

WHEREAS, a trial in the instant matter is scheduled to commence on June 20, 2011.

WHEREAS, a pre-trial conference in the instant matter is scheduled to commence on June 10, 2011.

WHEREAS, defendants Miller and Sentinel Investment Management Company. and Old Republic Title Co. have filed motions for summary judgment, currently set for hearing on May 27, 2011.

WHEREAS, the instant action has been settled in its entirety pursuant to settlement agreement dated May 3, 2011.

WHEREAS, the settlement agreement requires further action by the parties, including assignment of partial interests in certain recordable instruments, before the case may be dismissed.

WHEREAS, Plaintiff expects to circulate a Stipulation for Dismissal for signature by all parties or counsel within the next 60 days, and will thereafter present the Stipulation for Dismissal to the Court seeking an Order of Dismissal of the entire action.

WHEREAS, no party will be prejudiced by the requested continuance, and each party hereby expressly requests the continuance in order to allow time for performance of the terms and conditions of the settlement agreement.

WHEREAS, the parties agree to and hereby request that the court continue the scheduled motions for summary judgment by Miller and Sentinel Investment Management Co. and Old Republic Title Co. from May 27, 2011 to August 26, 2011.

WHEREAS, the parties agree to and hereby request that the court vacate the current trial date and pre-trial conference date.

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff Concorde Equity, II and Defendants Kenneth Alfred Miller, George M. Cresson, Loanvest XIII, LP, South Bay Real Estate Commerce Group, LLC, and Old Republic Title Co. that the hearing dates on the motions for summary judgment by Miller and Sentinel Investment Management Company and Old Republic Title Co. be continued to August 26, 2011.

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff Concorde Equity, II and Defendants Kenneth Alfred Miller, George M. Cresson, Loanvest XIII, LP, South Bay Real Estate Commerce Group, LLC, and Old Republic Title Co. that the pre-trial conference and trial date shall be vacated.

SO STIPULATED BY AND THROUGH COUNSEL OF RECORD:

Dated: May 10, 2011                     GCA LAW PARTNERS LLP

By: _____
KENNETH R. VAN VLECK
JAMES L. JACOBS
Attorneys for Plaintiff
CONCORDE EQUITY II, LLC


Dated: May 10, 2011                     HANSON BRIDGETT LLP

By: _____
BATYA F. SWENSON
JIM HOLDEN
Attorneys for Defendant
OLD REPUBLIC TITLE COMPANY


Dated: May __, 2011                     ROPERS MAJESKI,
                                        KOHN & BENTLEY



By: _____
JOHN G. DOOLING
TIMOTHY A. DOLAN
Attorneys for Defendants
KENNETH ALFRED MILLER and
SENTINEL INVESTMENT
MANAGEMENT COMPANY

STIPULATION TO CONTINUE SUMMARY           -3-
JUDGMENT AND VACATE TRIAL DATE

GCA Law Partners LLP
1891 Landings Drive
Mountain View, CA 94043
(650) 428-3900

1  IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff Concorde
2  Equity, II and Defendants Kenneth Alfred Miller, George M. Cresson, Loanvest XIII, LP,
3  South Bay Real Estate Commerce Group, LLC, and Old Republic Title Co. that the pre-
4  trial conference and trial date shall be vacated.

SO STIPULATED BY AND THROUGH COUNSEL OF RECORD:

Dated: May 10, 2011     GCA LAW PARTNERS LLP

By: /s/ Kenneth R. Van Vleck
KENNETH R. VAN VLECK
JAMES L. JACOBS
Attorneys for Plaintiff
CONCORDE EQUITY II, LLC

Dated: May __, 2011     HANSON BRIDGETT LLP

By: _____
BATYA F. SWENSON
JIM HOLDEN
Attorneys for Defendant
OLD REPUBLIC TITLE COMPANY

Dated: May 10, 2011     ROPERS MAJESKI,
KOHN & BENTLEY

By: /s/ John G. Dooling
JOHN G. DOOLING
TIMOTHY A. DOLAN
Attorneys for Defendants
KENNETH ALFRED MILLER and
SENTINEL INVESTMENT
MANAGEMENT COMPANY

STIPULATION TO CONTINUE SUMMARY         -3-
JUDGMENT AND VACATE TRIAL DATE

GCA Law Partners LLP
1891 Landings Drive
Mountain View, CA 94043
(650) 428-3900

1  Dated:      May 11, 2011                    WENDEL, ROSEN, BLACK &
2                                              DEAN LLP
3
4
5                                        By:   /s/ Kevin R. Brodehl
6                                              KEVIN R. BRODEHL
                                                Attorneys for Defendants
7                                              TERESA W. WANG
                                                Attorneys for Defendants
8                                              GEORGE CRESSON;
                                                LOANVEST XII, L.P.; SOUTH BAY
9                                              REAL ESTATE COMMERCE
                                                GROUP, LLC; and
10                                             PETER SCOTT CARTER, JR.
11
12         GOOD CAUSE APPEARING THEREFORE, AND THE PARTIES
13  HAVING SO STIPULATED:
14         IT IS ORDERED that the hearing date on Miller/Sentinel Investment Management
15  Company and Old Republic Title Co.'s motions for summary judgment is continued to
16  August 26, 2011.
17         IT IS FURTHER ORDERED that the pre-trial conference and trial dates are
18  vacated.
19
20  DATED:     May 11, 2011         By: _____
21                                       United States District Judge
                                         IT IS SO ORDERED
22                                       Judge Samuel Conti
23
24
25
26
27
28