1  KENNETH R. VAN VLECK -168313
   kvanvleck@gcalaw.com
2  JAMES L. JACOBS - 158277
   jjacobs@gcalaw.com
3  GCA LAW PARTNERS LLP
   1891 Landings Drive
4  Mountain View, CA  94043
   Telephone: .(650) 428-3900
5  Facsimile:   (650) 428-3901

6  Attorneys for Plaintiffs,
   CONCORDE EQUITY II, LLC
7

8

9

10                  UNITED STATES DISTRICT COURT

11               NORTHERN DISTRICT OF CALIFORNIA

12                    SAN FRANCISCO DIVISION

13

| | |
|---|---|
| 14  CONCORDE EQUITY II, LLC, a Delaware<br>limited liability company; | No. CV 10 1041 SC |
| 15 | **STIPULATION FOR DISMISSAL OF<br>ENTIRE ACTION** |
| 16        Plaintiff, | |
| 17     vs. | |
| 18  KENNETH ALFRED MILLER, an<br>individual; , GEORGE CRESSON, an | Complaint filed:  February 16, 2010 |
| 19  individual; LOANVEST XIII, L.P., a<br>California Limited Partnership; SENTINEL | |
| 20  INVESTMENT MANAGEMENT<br>COMPANY, a California Corporation; | **The Honorable Samuel Conti<br>Courtroom 1** |
| 21  SOUTH BAY REAL ESTATE<br>COMMERCE GROUP, LLC, a California | |
| 22  Limited Liability Company; PETER SCOTT<br>CARTER, Jr., an individual; and OLD | |
| 23  REPUBLIC TITLE COMPANY, a Vermont<br>corporation, | |
| 24        Defendants. | |

25

26        The parties, and each of them, by and through their respective counsel of

27  record, hereby stipulate and agree as follows:

28

STIPULATION FOR DISMISSAL            -1-

GCA Law Partners LLP
1891 Landings Drive
Mountain View, CA 94043
(650)328-3900

1    WHEREAS, all parties reached a settlement of the entire case, including all cross-

2    complaints;

3    WHEREAS, the parties have entered into a final written settlement agreement

4    dated May 3, 2011 ("Agreement") memorializing the terms of their settlement;

5    WHEREAS, the terms and conditions of the Agreement have been fully performed;

6    WHEREAS, this stipulation shall be dated June 22, 2011, for reference purposes

7    only.

8    IT IS HEREBY STIPULATED AND AGREED by and among Plaintiff Concorde

9    Equity, II; and Defendants Kenneth Alfred Miller; Sentinel Investment Management,

10   Company; George M. Cresson; Loanvest XIII, LP; South Bay Real Estate Commerce

11   Group, LLC; Peter Scott Carter, Jr.; and Old Republic Title Co. that:

12        1.    The entire action shall be DISMISSED WITH PREJUDICE immediately;

13   and,

14        2.    Each party shall bear its own costs of suit incurred;

15        3.    This stipulation may be signed in counterparts.

16   SO STIPULATED BY AND THROUGH COUNSEL OF RECORD:

17   Dated: June 28, 2011                    GCA LAW PARTNERS LLP
         7/6/11
18

19

20   By: _____
                                              KENNETH R. VAN VLECK
21                                            JAMES L. JACOBS
                                              Attorneys for Plaintiff
22                                            CONCORDE EQUITY II, LLC

23   Dated: June 28, 2011                     HANSON BRIDGETT LLP

24

25   By: _____
26                                            BATYA F. SWENSON
                                              JIM HOLDEN
27                                            Attorneys for Defendant
                                              OLD REPUBLIC TITLE COMPANY
28

STIPULATION FOR DISMISSAL                    -2-

1

2    Dated:  June __, 2011                    ROPERS MAJESKI,
                                              KOHN & BENTLEY
3

4

5    By: _____
                                              JOHN G. DOOLING
6                                             TIMOTHY A. DOLAN
                                              Attorneys for Defendants
7                                             KENNETH ALFRED MILLER and
                                              SENTINEL INVESTMENT
8                                             MANAGEMENT COMPANY

9

10   Dated:  June 21, 2011                    WENDEL, ROSEN, BLACK &
                                              DEAN LLP
11

12

13

14   By: _____
                                              KEVIN R. BRODEHL
15                                            Attorneys for Defendants
                                              GEORGE CRESSON;
16                                            LOANVEST XII, L.P.; SOUTH BAY
                                              REAL ESTATE COMMERCE
17                                            GROUP, LLC; and
                                              PETER SCOTT CARTER, JR.
18

19

20

21

22

23                                            IT IS SO ORDERED

24

25                                            Judge Samuel Conti

26

27

28                                            7/7/11

STIPULATION FOR DISMISSAL                -3-

OCA Law Partners LLP
1191 Landings Drive
Mountain View, CA 94043
(650)428-3900